■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCOS FLORES, Appellant. [33 NYS3d 746]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (McGann, J.), rendered July 5, 2012, convicting him of burglary in the first degree and robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, his trial counsel was not ineffective for failing to move for dismissal of the indictment pursuant to CPL 30.30 (*see* CPL 30.30 [4] [a], [b], [g]; *People v Brunner*, 16 NY3d 820 [2011]; *People v Turner*, 5 NY3d 476 [2005]; *People v Clayton*, 131 AD3d 623 [2015]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Roman, Maltese and Duffy, JJ., concur.